**Terri EDWARDS, Plaintiff—Appellant,**

v.

**William J. HENDERSON, Postmaster
General, United States Postal
Service, Defendant—Appellee.**

No. 03–55413.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 18, 2003.

Terri Edwards, pro se, Moreno Valley,
CA, for Plaintiff–Appellant.

Dorothy A. Schouten, Esq., Office of the
U.S. Attorney, Civil Division, Los Angeles,
CA, for Defendant–Appellee.

Before GOODWIN, WALLACE, and
TROTT, Circuit Judges.

MEMORANDUM **

Terri Edwards appeals the district
court's summary judgment for the Post-
master General in her action alleging dis-
crimination and retaliation based on dis-
ability and sex. We have jurisdiction
pursuant to 28 U.S.C. § 1291. We review
de novo a district court's summary judg-
ment, *Johnson v. Henderson*, 314 F.3d
409, 413 (9th Cir.2002), and we affirm.

A federal employee complaining of dis-
crimination by a government agency must
make an initial contact with an EEO coun-
selor within 45 days of the alleged discrim-
inatory act. *See Lyons v. England*, 307
F.3d 1092, 1105 (9th Cir.2002). Because
Edwards failed to comply with the 45 day
deadline, and none of the reasons she of-
fered is sufficient to toll the deadline, sum-
mary judgment was proper. *See Johnson*,
314 F.3d at 414.

Edwards' remaining contentions are re-
jected.

AFFIRMED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

